# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CHARLES N. MICELI,

    Plaintiff,

vs.                                    Case No. 4:07cv480-SPM/WCS

JAMES R. McDONOUGH, et al.,

    Defendants.

_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation (doc. 7) and the Second Report and Recommendation (doc. 9). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff filed objections on January 14, 2008 (doc. 18). Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made.

    Plaintiff's objections consist mostly of disagreement with the magistrate's conclusion that the transfer of Plaintiff to another facility is a violation of Plaintiff's rights. Vague allegations that Plaintiff is in "constant cognizable known danger" is insufficient to allege a constitutional violation and a causal connection between this alleged danger and the named Defendants. Even in his objection, Plaintiff

fails to offer any legal basis for the establishment of a constitutional right. Relocating Plaintiff to another facility simply does not rise to the level necessary to sustain a finding that any of Plaintiff's constitutional rights were violated.

This Court finds that Plaintiff's vague allegations in his first motion are not sufficient to demonstrate a need for emergency treatment that he has been unable to receive from the physician's assistant at his current facility. Furthermore, in Plaintiff's second motion, he failed to demonstrate a current or potential violation of any constitutional rights.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (doc. 7) is adopted and incorporated by reference in this order.

2. Plaintiff's emergency motion for a restraining order (doc. 6) is hereby *denied*.

3. The magistrate judge's Second Report and Recommendation (doc. 9) is adopted and incorporated by reference in this order.

4. Plaintiff's second emergency motion for a restraining order (doc. 8) is also *denied*.

5. This case is *remanded* to the magistrate judge for further proceedings.

DONE AND ORDERED this nineteenth day of March, 2008.

                     *s/ Stephan P. Mickle*
                     Stephan P. Mickle
                     United States District Judge