**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

CHARLES N. MICELI,

       Plaintiff,

vs.                                          Case No. 4:07cv480-SPM/WCS

JAMES R. McDONOUGH, et al.,

       Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court on the magistrate judge's Report and Recommendation (doc. 32).  Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  To date, no objections have been filed.  Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1.      The magistrate judge's Report and Recommendation (doc.32) is ADOPTED and incorporated by reference in this order.

2.      This case is dismissed with prejudice for failure to prosecute, and failure to comply with a court order.

DONE AND ORDERED this <u>twenty-seventh</u> day of June, 2008.


      *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge